UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL LYNCH,

    Plaintiff,

  v.

TRENDWEST RESORTS, INC., *et al.*,

    Defendants.

Case No. C05-0996L

ORDER DENYING
MOTION TO TRANSFER

    This matter comes before the Court on a motion filed by defendant Trendwest Resorts, Inc. ("Trendwest") to transfer this case to the Honorable Marsha J. Pechman. (Dkt. #7). Trendwest argues that this case involves nearly identical facts, legal issues, and parties as plaintiff's prior lawsuit, CV00-0329P (W.D. Wash.) (the "prior lawsuit"), which is currently pending before the Ninth Circuit Court of Appeals.

    Trendwest also filed a motion to accept transfer and consolidate actions in the prior lawsuit. Judge Pechman denied that motion by order dated September 14, 2005, finding that the transfer would not conserve judicial resources and that the motion, while "not groundless, . . . raises concerns about the appearance of 'judge shopping.'" CV00-0329P at Dkt. #334.

    In light of Judge Pechman's order finding that transfer is not warranted, the Court

ORDER DENYING
MOTION TO TRANSFER- 1

1 DENIES Trendwest's motion to transfer this case.  (Dkt. #7).

3      DATED this 20th day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING
MOTION TO TRANSFER- 2